UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:24-CR-92-TAV-JEM ) |
| JAY LEE MILLER, | ) ) |
| Defendant. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on May 28, 2025 [Doc. 30], recommending that the Court deny defendant's Motion to Dismiss the Indictment [Doc. 24].

There have been no timely objections filed to the R&R.[1] *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS and ADOPTS IN WHOLE** the R&R [Doc. 30]. Defendant's Motion to Dismiss the Indictment [Doc. 24] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it granted defendant an extension of time to file objections [Doc. 32] up to and including Wednesday, June 25, 2025, per his request [Doc. 31]. However, this extended deadline has also expired.